IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
**No. 5:14-CV-890-BO**

| | |
|---|---|
| TONY C. GOFF, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER OF REMAND |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on Defendant's Motion for Remand to the Commissioner for further administrative proceedings. The Commissioner wishes to conduct further fact finding, including a new hearing and new decision by an administrative law judge (ALJ). The period under administrative review on remand will be subsequent to March 20, 2013. Plaintiff was approved for benefits on a closed period from December 22, 2008, through March 20, 2013. That period of approval will not be disturbed upon remand of this action.

Plaintiff's counsel consents to the Government's Motion for Remand.

The Court finds good cause has been alleged for remand. Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing, as outlined above. See <u>Shalala v. Schaefer</u>, 509 ___

U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this __3__ day of ~~March~~ April, 2015.

Terrence W. Boyle
United States District Judge