UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Tony C. Goff, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
Carolyn W. Colvin, ) No. 5:14-CV-890-BO
*Acting Commissioner of Social Security*, )
        Defendant. )
)

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing.

**This judgment filed and entered on April 6, 2015, and served on:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Leo Montenegro (via CM/ECF Notice of Electronic Filing)

April 6, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk